IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:

JAMES WILLIAM MCKENZIE

    DEBTOR

Case No.: 23-10193-M
Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS REQUIRED TO BE NOTICED

COMES NOW CARRINGTON MORTGAGE SERVICES, LLC, a secured creditor, and real party-in-interest in the above-styled and numbered case, and hereby enters its appearance and requests that service of all pleadings and documents required to be noticed, pursuant to Fed. R. Bankr. P. 2002, be served upon its attorney of record, Baer & Timberlake, P.C., whose address is listed below.

Dated: March 9, 2023

Respectfully submitted,

*/s/ Matthew J. Hudspeth*

MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake
P.O. Box 18486
Oklahoma City, OK 73154-0486
Telephone: (405) 842-7722
mhudspeth@baertimberlake.com
Attorney for Creditor

BT: 118498-03      1

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the above and foregoing instrument with postage thereon fully prepaid to all parties claiming an interest in the subject property as listed below on March 9, 2023.

James William McKenzie
8109 South Gardenia Avenue
Broken Arrow, OK 74011

The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

Lonnie D. Eck
P.O. Box 2038
Tulsa, OK 74101

Greggory T. Colpitts
The Colpitts Law Firm
6506 S. Lewis, Suite 175
Tulsa, OK 74136-1079

_____
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake
P.O. Box 18486
Oklahoma City, OK 73154-0486
Telephone: (405) 842-7722
mhudspeth@baertimberlake.com
Attorney for Creditor